FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 20 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHARLES TRUITTE SURGEON,     JUDGMENT
                             04-CV- 4424 (JG)
                Plaintiff,

  -against-

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------------X

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on June 14, 2005, granting the Commissioner's motion for judgment on the pleadings; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the Commissioner's motion for judgment on the pleadings is granted.

Dated: Brooklyn, New York
       June 15, 2005

                                            s/Robert C. Heinemann
                                            ROBERT C. HEINEMANN
                                            Clerk of Court